IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CLIFF BERGLUND, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 02-193-AS |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| BOEING COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

David J. Hollander
HOLLANDER LEBENBAUM & GANNICOTT
1500 S.W. First Avenue, Suite 700
Portland, OR 97201-5860

Frederick M. Morgan, Jr.
VOLKEMA THOMAS, LPA
700 Walnut Street, Suite 400
Cincinnati, OH 54202

Neil J. Evans
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902

  Attorneys for Plaintiff

Calvin L. Keith
Steve Y. Koh
PERKINS COIE, LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128

　　Attorneys for Defendant

JONES, Judge:

　　Magistrate Judge Donald C. Ashmanskas filed Findings and Recommendation (#90) on June 1, 2006, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

　　Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#90) dated June 1, 2006, in its entirety. Boeing Company's motion (#76) to dismiss Count One of relator's second amended complaint is denied. Further, the FCA allegations regarding the hundreds of aircraft sold by Boeing using financing guaranteed by the United States Export-Import Bank, including paragraph one on page 34 of the second amended complaint, are stricken pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

　　IT IS SO ORDERED.

　　DATED this ___ day of June, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT E. JONES
　　　　　　　　　　　　　　　　　　　United States District Judge

2 - ORDER